UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CEDRIC R. ALLEN,           ) | | 1:05-CV-00145-AWI-SMS-P |
|           Plaintiff,       ) | | ORDER GRANTING EXTENSION OF TIME TO SUBMIT SERVICE DOCUMENTS |
|           v.               ) | | |
| R. HERNANDEZ, et al.,      ) | | (DOCUMENT #8) |
|           Defendants.      ) | | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 21, 2006, plaintiff filed a motion to extend time to submit service documents, pursuant to the court's order of May 23, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to submit service documents, pursuant to the court's order of May 23, 2006.

IT IS SO ORDERED.

**Dated:   July 26, 2006**                        /s/ Sandra M. Snyder
b6edp0                                  UNITED STATES MAGISTRATE JUDGE