# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN, | 1:05-cv-00145-AWI-SMS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND DEADLINE SET BY DISCOVERY/SCHEDULING ORDER OF DECEMBER 20, 2006, FOR ALL PARTIES |
| v. | |
| LT. R. HERNANDEZ, et. al., | (Doc. 20) |
| Defendants. | New Discovery Cut-Off Date -   12-20-2007 |
| / | New Dispositive Motion Deadline -   02-20-2008 |

Plaintiff Cedric R. Allen is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 8, 2007, plaintiff Cedric R. Allen ("plaintiff") filed a motion to extend the discovery cut-off deadline set by the court's Discovery/Scheduling Order of December 20, 2006. Plaintiff requested that the deadline for completion of discovery be extended. Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    1. Plaintiff Cedric R. Allen's motion to extend the discovery cut-off deadline is GRANTED as to all parties in this action;

    2. All discovery, including motions to compel, formerly to be completed by August 20, 2007, shall be completed by **December 20, 2007;**

1

       3.       The deadline for serving and filing pre-trial dispositive motions, formerly October 22, 2007, is extended to **February 20, 2008;** and

       4.       All other deadlines set by the Discovery/Scheduling Order of December 20, 2006, remain the same.

IT IS SO ORDERED.

**Dated:   August 27, 2007**　　　　　　　　　　　　　　/s/ **Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2