IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN,<br><br>        Plaintiff,<br><br>   vs.<br><br>LT. R. HERNANDEZ, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-00145-AWI-SMS (PC)<br><br>ORDER GRANTING SECOND MOTION TO EXTEND TIME FOR DISCOVERY<br><br>(DOCUMENT #23)<br><br>New Discovery Cut-Off Date -         02-20-2008<br>New Dispositive Motion Deadline -  04-20-2008 |

   Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On December 17, 2007, plaintiff filed a motion to extend time to complete discovery.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   1. The motion for extension of time is GRANTED as to all parties in this action;
   2. All discovery, including motions to compel, formerly to be completed by December 20, 2007, shall be completed by **February 20, 2008;**
   3. The deadline for serving and filing pre-trial dispositive motions, formerly February 20, 2008, is extended to **April 20, 2008;** and
   4. All other deadlines set by the Discovery/Scheduling Order of December 20, 2006, remain the same.

IT IS SO ORDERED.

**Dated:   January 11, 2008**             /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE