IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN,<br><br>        Plaintiff,<br><br>  vs.<br><br>LT. R. HERNANDEZ, et al.,<br><br>        Defendants.<br>_____/ | 1:05-CV-00145-AWI-SMS-PC<br><br>ORDER GRANTING THIRD MOTION TO EXTEND TIME FOR DISCOVERY<br><br>(Document #26)<br><br>New Discovery Cut-Off Date -  07/22/08<br>New Dispositive Motion Deadline -  09/22/08 |

      Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 3, 2007, plaintiff filed a third motion to extend time to complete discovery. (Doc. 26.) On April 4, 2008, defendants filed an opposition to plaintiff's motion to extend time. (Doc. 27.)

      The court notes defendants' objections to the motion to extend time filed by plaintiff. However, it is *not* the practice of this court to grant motions for enlargements of time blindly. The court reviews each motion carefully and grants those that show good cause. It is not unusual for a prison to experience lockdowns affecting a prisoner-litigant's ability to meet court deadlines. Where good cause is shown, the court accommodates the request. The court does not, however, grant unlimited extensions.

      Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

      1.   The motion for extension of time is GRANTED as to all parties in this action;

      2.   All discovery, including motions to compel, formerly to be completed by February 20, 2008, shall be completed by **July 22, 2008**; and

      3.   The deadline for serving and filing pre-trial dispositive motions, formerly April 20, 2008, is extended to **September 22, 2008.**

IT IS SO ORDERED.

**Dated:   April 10, 2008**                        /s/ Sandra M. Snyder
                                                                   UNITED STATES MAGISTRATE JUDGE