IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>LT. R. HERNANDEZ, et al.,<br><br>    Defendants.<br>_____/ | 1:05-cv-000145 AWI SMS (PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #34)<br><br>THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 23, 2008, Plaintiff filed a motion to extend time to file an opposition to Defendants' Motion for Summary Judgment filed on September 22, 2008. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an opposition to Defendants' Motion for Summary Judgment.

IT IS SO ORDERED.

**Dated:   November 3, 2008**          /s/ Sandra M. Snyder
                                                            UNITED STATES MAGISTRATE JUDGE